

| One World Financial Center | | 1101 17th Street, NW |
| --- | --- | --- |
| 27th Floor | | Suite 1006 |
| New York, NY 10281 | | Washington, DC 20036 |
| (212) 796-6330 | | (202) 470-0330 |

**MORVILLO LLP**

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

February 16, 2017

<u>Via ECF</u>

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>*United States v. Galanis, et al.*, No. 16-cr-371 (RA)</u>

Dear Judge Abrams:

      Defendant Michelle Morton recently retained Morvillo LLP to replace her current counsel in connection with the above-referenced matter. To that end, my colleague Savannah Stevenson and I filed with the Court our respective notices of appearance and a stipulation for substitution of counsel executed by Ms. Morton's prior attorney.

      We are aware of the status conference in this matter scheduled for March 3, 2017 at 12:00 p.m., and we will be prepared to set a briefing schedule and trial date at that time. We received today from Ms. Morton's prior counsel what we understand to be all of the discovery produced to date in this matter.

      We are available at the Court's convenience to answer any questions the Court may have.

                                    Respectfully submitted,

                                    Greg Morvillo

cc:    All counsel of record (via ECF)
        Neil Bruce Checkman (via e-mail)