

April 12, 2018

*Via ECF*

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Gregory Morvillo**

E  gmorvillo@orrick.com
D  +1 212 506 3704
F  +1 212 506 5151

Re:   *United States v. Galanis, et al.*, No. S2 16-CR-00371 (RA)

Dear Judge Abrams:

    As counsel to Michelle Morton, I write to request that the Court excuse Ms. Morton's personal appearance at the April 13, 2018 court conference for reasons relating to her health.

    As the Court well knows, Ms. Morton suffers from extremely high blood pressure associated with Lupus nephritis, which impacts her ability to travel to Manhattan from her home in New Jersey.  (ECF Dkt. No 205, 329).

    I am available at the Court's convenience should it wish to discuss this matter or any related issue.

    Respectfully submitted,

    ORRICK, HERRINGTON & SUTCLIFFE, LLP


    BY:  /s Gregory Morvillo
          Gregory Morvillo