```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2018
```



**MEMO ENDORSED**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

July 16, 2018

**Via Email**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
Application granted. SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 17, 2018
```

Caitlin Sikes

E csikes@orrick.com
D +1 212 506 5016
F +1 212 506 5151

Re: *United States v. Galanis, et al.*, S1 16-cr-371 (RA)

Dear Judge Abrams:

The undersigned represents Michelle Morton in the above captioned matter and moves to withdraw as Ms. Morton's counsel due to the undersigned's recently submitted application to the United States Attorney's Office in the Southern District of New York. *See* government letter filed via email on July 13, 2018.

Mr. Morvillo and Ms. Stevenson will continue to represent Ms. Morton. Orrick, Herrington & Sutcliffe LLP (the "firm") will establish an ethical screen which will separate the undersigned from involvement in Ms. Morton's matter.

If the Court grants this letter motion, and in light of the firm's ethical screen, Ms. Morton and the government agree that a *Curcio* hearing is no longer necessary.

We are available at the Court's convenience should it require further information on this issue.

Respectfully submitted,

/s/ Caitlin Sikes
Caitlin Sikes

cc: AUSA Rebecca Mermelstein
    AUSA Brendan Quigley
    AUSA Negar Tekeei