# EXHIBIT 24

3/29/2019                                                                                         Wells Fargo

Skip to main content

**WAY2SAVE® CHECKING**

Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | |

Monthly Service Fee Summary | Debit Card Activity

Routing numbers

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your search criteria. Please try again. | | | |
| **Posted Transactions** | | | |
| 02/08/18 | VENMO CASHOUT XXXXX1150 RONALD MORTON | $2,700.00 | |
| 02/07/18 | VENMO VERIFYBAN XXXXX9871 RONALD MORTON | $0.35 | |
| 02/07/18 | VENMO VERIFYBAN XXXXX9869 RONALD MORTON | $0.13 | |
| **Totals** | | **$2,700.48** | **$0.00** |

Back to top

First
Previous
Next

## *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

🏠 Equal Housing Lender