# EXHIBIT 9

**5/3/18, 4:48 PM**
Savannah's iPhone

> Just finishing up.

**5/3/18, 5:29 PM**
Savannah's iPhone

> Went well. We had the first of a two-part conversation re: a plea. She isn't there yet, but said she has been thinking about it. Otherwise, we learned that Code Rebel was basically a way for Galanis to give her some money to help with her personal financial situation.

REDACTED

**5/3/18, 5:36 PM**
Caitlin Sikes (9544946997)

> That is all very interesting. Plea, Code Rebel, REDACTED Big news. Thanks! I'll ask for the full report tomorrow.

REDACTED

**5/7/18, 8:26 AM**
Savannah's iPhone

> REDACTED then am coming out to you for MM.

REDACTED

**5/7/18, 9:16 AM (Viewed 5/7/18, 9:17 AM)**
Greg Morvillo [Orrick, Herrington & Sutcliffe LLP] (6468311531)

> Ok. Cancel the car SS. She is not coming today.

**5/7/18, 9:17 AM**
Savannah's iPhone

> Ok. Did you talk or just text?

**5/7/18, 9:20 AM (Viewed 5/7/18, 9:35 AM)**
Greg Morvillo [Orrick, Herrington & Sutcliffe LLP] (6468311531)

> Just got off the phone with her now. Call for an update when you want.

R