# EXHIBIT 55

**REDACTED**

**6/14/18, 11:32 AM**
Savannah's iPhone
> CS—I let Greg know, I'm still on with MM but she wants to move forward with her withdrawal motion. I'll call the court today.

**6/14/18, 11:53 AM (Viewed 6/14/18, 11:54 AM)**
Caitlin Sikes (9544946997)
> Yikes.

**6/14/18, 11:56 AM**
Savannah's iPhone
> Spoke to clerk, who put me on hold and spoke to Ronnie right then. Ronnie said we can put the motion in whenever we prepare it, but no need to set a schedule or wait for trial. I told the clerk that this was not a "motion in our pocket" call and that we needed to prepare it, but that I would submit an ex parte letter today confirming that we spoke, out the court on notice, and would file a motion as soon a practicable.

**6/14/18, 11:56 AM**
Greg Morvillo [Orrick, Herrington & Sutcliffe LLP] (6468311531)
> Sigh.

**6/14/18, 11:57 AM**
Savannah's iPhone
> Huge sigh

**6/14/18, 11:57 AM**
Greg Morvillo [Orrick, Herrington & Sutcliffe LLP] (6468311531)
> Ok. Let's get on it. Maybe we should loop in one of those Sct App group kids

**6/14/18, 11:57 AM**
Savannah's iPhone
> Yes. Caitlin knows all of them.

**6/14/18, 11:58 AM**
Savannah's iPhone
> Suggestions?

**REDACTED**