UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20.

UNITED STATES OF AMERICA,

v.

MICHELLE MORTON,

Defendant.

No. 16-CR-371-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold an evidentiary hearing on Ms. Morton's renewed motion to withdraw her guilty plea on February 19, 2020 at 11:00 a.m.

SO ORDERED.

Dated:     February 3, 2020
          New York, New York

Ronnie Abrams
United States District Judge