USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHELLE MORTON,

Defendant.

No. 16-CR-371-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than February 7, 2020, the Government shall advise the Court whether it has any objection to Ms. Morton's requests for a (1) "an order authorizing the testimony of United States Pretrial Services Office Lea Harmon at the February 19 Hearing," and (2) an order directing the parties to engage in "a reciprocal exchange of materials pursuant to Federal Rule of Criminal Procedure 26.2 on February 14, 2020, to be supplemented on a rolling basis." If it does, it shall provide its reasoning for its objection(s), together with the relevant legal authority on which it relies.

SO ORDERED.

Dated: February 6, 2020
New York, New York

Ronnie Abrams
United States District Judge