USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHELLE MORTON,

Defendant.

No. 16-CR-371-5 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 27, 2020, the Court ordered the disclosure of Officer Harmon's contemporaneous case notes from the period between April 30, 2018 and May 17, 2019. The Court is in receipt of Ms. Morton's objection to disclosure of notes from the period of January 1, 2019 though May 17, 2019, as well as the Government's response. In light of Ms. Morton's objection, Pretrial Services shall redact, prior to disclosure, any HIPAA-protected or privileged or confidential health information contained in the notes from the period of January 1, 2019 through May 17, 2019. The notes from the period of April 30, 2018 through December 31, 2018 shall be disclosed without redactions.

The Court will address the conflict-related issue at the hearing on March 2, 2020.

Finally, the request to have Ms. Koch question witnesses at the hearing is granted.

SO ORDERED.

Dated: February 28, 2020
New York, New York

Ronnie Abrams
United States District Judge