UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHELLE MORTON,

Defendant.

**Order of Restitution**

**S3 16 Cr. 371 (RA)**

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting Attorney for the United States, Rebecca Mermelstein, Negar Tekeei, and Elizabeth Hanft, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Four of the above referenced Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MICHELLE MORTON, the Defendant, shall pay restitution in the total amount of $43,785,176 to the victims of the offenses charged in Counts One and Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter and related matters. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and her co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
November 18, 2020

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK