# CAHILL GORDON & REINDEL LLP
### 32 OLD SLIP
### NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | ——————— | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | LONDON EC3R 8AJ | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | ——————— | TAMMY L. ROY | |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | (212) 701-3008 | DARREN SILVER | |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

June 4, 2021

Re: *United States* v. *Michelle Morton*, S3 16 Cr. 371 (RA)

Dear Judge Abrams:

We write to provide an update on Ms. Morton's health and vaccination efforts, pursuant to the Court's May 4, 2021 order (Dkt. No. 970), as well as to make a request regarding Ms. Morton's Bureau of Prisons ("BOP") designation.





* * *

Separately, we write to request that the Court recommend to the BOP that Ms. Morton be permitted to serve her custodial sentence at FPC Danbury. Given the non-violent nature of Ms. Morton's conviction, her lack of criminal history, as well as the medical care that she may require and that the facility can provide, we believe that FPC Danbury will be the most appropriate facility for Ms. Morton. FPC Danbury will also facilitate her surrender and her family's ability to visit her, as it is the closest BOP facility to her home in New Jersey.

Given the above, although we are aware that the Court does not have the ability to order the BOP to designate Ms. Morton to a particular facility, we ask that the Court make that recommendation to the BOP.

Respectfully submitted,

/s/ Nola B. Heller

Nola B. Heller
Julia C. Koch

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

BY EMAIL

cc: AUSA Rebecca Mermelstein
AUSA Negar Tekeei
AUSA Elizabeth Hanft

Application granted. It is recommended that the Bureau of Prisons designate Ms. Morton to FPC Danbury. The Government shall advise the Bureau of Prisons of this recommendation.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 4, 2021